**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**

In re:  Preston A. Beale, Jr.
       Pamela D. Ingram                          **Case No:** 14-36097

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on <u>December 30, 2014</u>, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C.§ 1325(a);

**It is ORDERED that**:

(1)    the Plan as filed or modified is CONFIRMED.
(2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)    Other provisions:  The Debtor, Mr. Beale was out of work and receiving unemployment income, but accepted temporary work in mid November 2014, and as such, his unemployment ceased, and then he has had very little work since the end of December, and also states his unemployment will not start again.  Therefore, the parties agree to resolve the objection as follows: When the Debtor, Mr. Beale, begins to receive income from wages or unemployment, he shall notify his attorney and the Trustee's office within twenty days (20), and amend the necessary documents to reflect the new income and will pay the increase in income into the case, and shall furnish the Trustee with current stubs verifying his income

Dated: Feb 11 2015                                   /s/ Keith L. Phillips
                                                                 United States Bankruptcy Judge

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates, VSB#27815
Standing Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218-1819                 NOTICE OF JUDGMENT OR ORDER
(804)237-6800                                        Entered on Docket Feb 12 2015

SEEN AND AGREED:

/s/ Seth J. Marks, Esquire
<u>Seth J. Marks, VSB # 75153</u>
<u>Counsel for Debtors</u>

## Certificate of Endorsement

**I hereby certify that all necessary parties have endorsed this order.**

/s/Carl M. Bates
Carl M. Bates