**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE: PRESTON A. BEALE, JR. and PAMELA D. INGRAM,    CHAPTER 13
                                                            Debtors.     CASE NO: 14-36097-KLP
                                                                                CARL M. BATES, Trustee

**ORDER GRANTING LEAVE TO INCUR NEW DEBT**
**To Purchase A Replacement Vehicle**

This matter came before the Court upon the Debtors' Motion for Leave to Incur New Debt to purchase a replacement vehicle, and there having been no responsive filing or objection within the time required, and it appearing that the Debtors have the opportunity to purchase a replacement vehicle and upon consideration of the entire record herein, and it appearing to the Court that the granting of the Debtors' motion will not materially or adversely affect the interests of any pre-petition creditor, and good cause appearing;

NOW THEREFORE, the following is hereby ORDERED:

1. That the Debtors' Motion for Leave to Incur New Debt to purchase a replacement vehicle is GRANTED, and

2. That the Debtors are hereby authorized to incur a new debt, totaling not more than $18,859.00, to purchase a replacement vehicle, a used 2013 Nissan Maxima or similar vehicle that may be available at the time, with a monthly payment not to exceed $430.00 per month, an interest rate not to exceed 17.99%, and a term not exceed 72 months, all as described in the Debtor's motion, and

3. That in this Chapter 13 case it appearing to the Court that the above-named Debtor may enter into a post-bankruptcy security agreement for a motor vehicle necessary for reorganization.

                                                               United States Bankruptcy Judge

Dated: Mar 10 2015    /s/ Keith L. Phillips

                                                       Entered on Docket: Mar 11 2015

I ASK FOR THIS:

/s/ Seth J. Marks, Esq.
Seth J. Marks, Esq. 75153
Pagano & Marks PC
4510 S. Laburnum Ave
Richmond, VA 23231
(804) 447-1002


SEEN:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218

## CERTIFICATION

　　　　Pursuant to Local Rule 9022-1 (C), I hereby certify that all necessary parties have endorsed the above order.

　　　　　　　　　　　　　　　　　　　　/s/ Seth J. Marks, Esq.
　　　　　　　　　　　　　　　　　　　　Counsel for Debtor


**PARTIES TO RECEIVE COPIES**

Office of the United States Trustee
701 East Broad Street
Richmond, VA 23219

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Car America
7530 Midlothian Turnpike
Richmond, VA 23225

Preston Beale and Pamela Ingram
224 E. 14th Street
Richmond, VA  23224

Pagano & Marks PC
4510 S. Laburnum Ave
Richmond, VA 23231